AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

JAMES R. PRINCE,
        Petitioner,

V.

KENNETH D. KYLER, Superintendent
SCI-Huntingdon; and THOMAS MARINO,
the District Attorney of Lycoming
County, Pennsylvania, Respondents.

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 1:CV00-1181

I, __JAMES R. PRINCE__, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [X] __§2254 Habeas Corpus petition__
                                                               other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

    This is in support of a Section 2254 Petition for Writ of Habeas Corpus in the Federal District Court, filed by a Pennsylvania state prisoner challenging his state court criminal conviction.

In further support of this application, I answer the following questions.

1. Are you presently employed?                                Yes [ ]    No [X]

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. _Nov. 1988 $400.00_

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment      Yes [ ]    No [X]
   b. Rent payments, interest or dividends?      Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?      Yes [ ]    No [X]
   d. Gifts ~~or inheritances~~?      Yes [X]    No [ ]
   e. Any other sources?      Yes [ ]    No [X]

AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

JAMES R. PRINCE,
        Petitioner,
V.

KENNETH D. KYLER, Superintendent
SCI-Huntingdon; and THOMAS MARINO,
the District Attorney of Lycoming
County, Pennsylvania, Respondents.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 1:CV00-1181

I, JAMES R. PRINCE, declare that I am the (check appropriate box)

[X] petitioner/plaintiff     [ ] movant (filing 28 U.S.C. 2255 motion)
[ ] respondent/defendant     [X] §2254 Habeas Corpus petition
                                                                                other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

    This is in support of a Section 2254 Petition for Writ of Habeas Corpus in the Federal District Court, filed by a Pennsylvania state prisoner challenging his state court criminal conviction.

In further support of this application, I answer the following questions.

1. Are you presently employed?                                     Yes [ ]    No [X]

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.  Nov. 1988 $400.00

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment       Yes [ ]    No [X]
   b. Rent payments, interest or dividends?                          Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?                Yes [ ]    No [X]
   d. Gifts ~~or inheritances~~?                                                     Yes [X]    No [ ]
   e. Any other sources?                                                       Yes [ ]    No [X]

AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

**MIDDLE** DISTRICT OF **PENNSYLVANIA**

JAMES R. PRINCE,
      **Petitioner**,
  v.

KENNETH D. KYLER, Superintendent
SCI-Huntingdon; and THOMAS MARINO,
the District Attorney of Lycoming
County, Pennsylvania, **Respondents**.

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: **1:CV00-1181**

RECEIVED SCRANTON JUN [?] 2000 PER DEPUTY CLERK

I, _JAMES R. PRINCE_, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [X] **§2254 Habeas Corpus petition**
                                       other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

    This is in support of a Section 2254 Petition for Writ of Habeas Corpus in the Federal District Court, filed by a Pennsylvania state prisoner challenging his state court criminal conviction.

In further support of this application, I answer the following questions.

1. Are you presently employed?        Yes [ ]    No [X]

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. _Nov. 1988 $400.00_

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes [ ]    No [X]
   b. Rent payments, interest or dividends?    Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?    Yes [ ]    No [X]
   d. Gifts ~~or inheritances~~?    Yes [X]    No [ ]
   e. Any other sources?    Yes [ ]    No [X]