## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 00-1181

   Thomas Marino, Esq
   DA of Lycoming County
   48 W 3rd St.
   Williamsport, PA
   17701

2. Article Number (Copy from service label): Z 336 628 255

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly):
- B. Date of Delivery: 7-7-00
- C. Signature: X Tommy Shao — ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

FILED SCRANTON JUL 10 2000

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 00-1181

   Kenneth Kyler, Supt
   1100 Pike St.
   SCI
   Huntingdon, PA
   16054

2. Article Number (Copy from service label): Z 336 628 254

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly):
- B. Date of Delivery: 7-10-00
- C. Signature: X — ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

FILED SCRANTON JUL 12 2000   DEPUTY CLERK

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 00-1181

   Atty General of PA.
   1512 Strawberry Sq.
   Harrisburg, PA
   17120

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly):
- B. Date of Delivery:
- C. Signature: X — ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

FILED SCRANTON JUL 12 2000   DEPUTY CLERK

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes