IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. PRINCE, | : | CIVIL ACTION NO. **1:CV-00-1181** |
| | : | |
| Petitioner | : | (Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Blewitt) |
| | : | |
| KENNETH D. KYLER, et al., | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this *17th* day of **August, 2000, IT IS HEREBY ORDERED THAT** Respondents

shall comply with the Court's Order of July 5, 2000, (Doc. 3) within **ten (10) days** of the date of this

Order.


**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: August 7, 2000

FILED
SCRANTON

AUG 17 2000

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 17, 2000

Re:   1:00-cv-01181   Prince v. Kyler

True and correct copies of the attached were mailed by the clerk
to the following:

James R. Prince
SCI-H
SCI at Huntingdon
BD-1801
Drawer R
1100 Pike Street
Huntingdon, PA  16654-1112

Thomas Anthony Marino, Esq.
District Attorney's Office
Lycoming County Courthouse
48 West 3rd Street
Williamsport, PA  17701

cc:
Judge                           (  )
Magistrate Judge                (  )
U.S. Marshal                    (  )
Probation                       (  )
U.S. Attorney                   (  )
Atty. for Deft.                 (  )
Defendant                       (  )
Warden                          (  )
Bureau of Prisons               (  )
Ct Reporter                     (  )
Ctroom Deputy                   (  )
Orig-Security                   (  )
Federal Public Defender         (  )
Summons Issued                  (  ) with N/C attached to complt. and served by:
                                     U.S. Marshal (  )     Pltf's Attorney (  )
Standard Order 93-5             (  )
Order to Show Cause             (  ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen   (  )   PA Atty Gen (  )
                                          DA of County  (  )   Respondents (  )

Bankruptcy Court                (  )
Other_____(  )

MARY E. D'ANDREA, Clerk

8/17/00