FILED
SCRANTON

SEP - 7 2000

PER _____

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES R. PRINCE,                    :    C.A.No.1 CV-00-1181
    Petitioner,                     :
                                    :
-v-                                 :
                                    :
KENNETH D. KYLER, et al.,           :    District Judge Kane
    Respondents.                    :    Magistrate Judge Blewitt

**MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO COMMONWEALTH'S ANSWER**

The **pro se** incarcerated Petitioner, James R. Prince, respectfully asks for an additional, one-time, twenty (20) day extension of time to file objections to the Commonwealth's August 25, 2000, Answer, or until on or before Monday, September 25, 2000, based on the following statements of fact:

1. Petitioner received the August 25, 2000, Commonwealth's Answer and exhibits attached thereto, on August 29, 2000.

2. The **pro se** Petitioner is untrained in the law and requires both the assistance of fellow inmates, and access to the prison's Law Library to meaningfully file objections to Answer.

3. Access to the prison Law Library is governed by request slip which must be submitted a week prior to the dates upon which access to the Library is needed, as required by the Librarian, Naomi K. Detwiler, (814)643-2400, Ext. 267.

4. The normal ten (10) day period in which to file objections is insufficient for the incarcerated **pro se** Petitioner to obtain access the Library, and prepare a meaningful reply to the Commonwealth's Answer.

5. Petitioner avers that a one-time, twenty (20) day extension of time, in addition to the normal ten (10) day period, is reasonable and will not burden this Court nor be prejudicial to the Commonwealth.

**WHEREFORE,** the Petitioner respectfully requests an extension of time until on or before **Monday, September 25, 2000,** to file objections to the Commonwealth's Answer.

Under the penalties provided for within **28 U.S.C. §1746,** I certify the foregoing statements of fact as true and correct.

Respectfully submitted,

Date: Sept 1st 2000

James R. Prince
BD-1801
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. PRINCE, | : | C.A.No.1 CV-00-1181 |
|     Petitioner, | : | |
| | : | |
| -v- | : | |
| | : | |
| KENNETH D. KYLER, et al., | : | District Judge Kane |
|     Respondents. | : | Magistrate Judge Blewitt |

### O R D E R

**AND NOW**, this _____ day of _____, 2000, upon consideration of Petitioner's Motion for Extension of Time to File Objections to Commonwealth's Answer, it is hereby **ORDERED** and **DECREED** that said motion is **GRANTED**.

**IT IS FURTHER ORDERED**, Petitioner shall file objections on or before **Monday, September 25, 2000**.

**BY THE COURT:**

_____