IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES R. PRINCE, | CIVIL ACTION NO. **1:CV-00-1181** |
| Petitioner | (Judge Kane) |
| v. | (Magistrate Judge Blewitt) |
| KENNETH D. KYLER, et al., | |
| Respondents | |

## ORDER

AND NOW, this 11th day of **September, 2000**, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's Motion for Extension of Time to file a response to Respondents' Answer to the Petition **(Doc. 8)** is **GRANTED**.

2. Petitioner shall be afforded additional time, until **September 25, 2000**, to file a response to the Answer.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: September 11, 2000

FILED
SCRANTON

SEP 11 2000

PER _____
DEPUTY CLERK