February 9, 2001

Mary E. D'Andrea
Clerk of Court
U.S. District Court (M.D.Pa.)
U.S.P.O. & Courthouse
Scranton, PA 18501

**FILED
SCRANTON**

FEB 12 2001

PER _____
DEPUTY CLERK

    Re: Prince v. Kyler, et al.
        Civil Action No. 1:CV-00-1181

Dear Ms. D'Andrea:

    According to my records, the last filing in my above captioned habeas corpus action, was my Motion to Expand the Record and Objections to Commonwealth's Answer, on or about September 19, 2000.

    Would you kindly provide me with a copy of the current **docket entries**? A self-addressed stamped envelope is enclosed for your convenience.

    Thank you for your attention to this matter.

                                  Very truly yours,

                                  James R. Prince
                                  BD-1801
                                  SCI-Huntingdon
                                  1100 Pike Street
                                  Huntingdon, PA 16654-1112

JRP:ase
enclosure: SASE