IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES R. PRINCE, | : CIVIL ACTION NO. 1:CV-00-1181 |
| Petitioner | : (Judge Kane) |
| v. | : (Magistrate Judge Blewitt) |
| KENNETH D. KYLER, et al., | : |
| Respondents | : |

FILED
SCRANTON
MAY 1 2001
PER _____
DEPUTY CLERK

### ORDER

AND NOW, this 1st day of **May, 2001, IT IS HEREBY ORDERED THAT:**

1. Petitioner's Motion to Expand the Record **(Doc. 10) is GRANTED**.

2. The Respondents shall file all requested documents within **fifteen (15) days** of the date of this Order and shall provide Petitioner with a copy of same within the same time period.

3. Petitioner shall respond to the procedural default argument within **fifteen (15) days** after the Respondents have filed the requested documents.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: May 1, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 2, 2001

Re:  1:00-cv-01181    Prince v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

James R. Prince
SCI-H
SCI at Huntingdon
BD-1801
Drawer R
1100 Pike Street
Huntingdon, PA  16654-1112

Thomas Anthony Marino, Esq.
District Attorney's Office
Lycoming County Courthouse
48 West 3rd Street
Williamsport, PA  17701

cc:
Judge                             ( )          ( ) Pro Se Law Clerk
Magistrate Judge                  ( )          ( ) INS
U.S. Marshal                      ( )          ( ) Jury Clerk
Probation                         ( )
U.S. Attorney                     ( )
Atty. for Deft.                   ( )
Defendant                         ( )
Warden                            ( )
Bureau of Prisons                 ( )
Ct Reporter                       ( )
Ctroom Deputy                     ( )
Orig-Security                     ( )
Federal Public Defender           ( )
Summons Issued                    ( ) with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5               ( )
Order to Show Cause               ( ) with Petition attached & mailed certified mail
                                      to:  US Atty Gen  ( )   PA Atty Gen ( )
                                           DA of County ( )   Respondents ( )
Bankruptcy Court                  ( )
Other_____            ( )
                                                         MARY E. D'ANDREA, Clerk