ORIGINAL



Thomas A. Marino
*District Attorney*

(570)327-2456
FAX (570)327-2324

48 West Third Street
Williamsport, PA
17701

## Office of District Attorney
## Lycoming County Court House

May 15, 2001

FILED
WILLIAMSPORT, PA

May 1 5 2001

MARY E. D'ANDREA, CLERK
Per_____ *KF*_____
DEPUTY CLERK

The Honorable Thomas M. Blewitt
U.S. District Court
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501

Re:     James R. Prince vs. Kenneth D. Kyler, et al.
        Docket No. 1:CV-00-1181

Dear Sir:

In accordance with your Order of May 1, 2001 in regard to the above-captioned action, the Commonwealth submits the requested records as outlined in the Exhibit List attached hereto.

By copy of this letter I am serving a copy of the requested records and Exhibit List on Petitioner as outlined in the Certificate of Service attached hereto.

Respectfully Submitted,

Kenneth A. Osokow, Esquire
Assistant District Attorney
I.D. #22554

*Original Document with Exhibits sent to Magistrate Blewitt due to voluminous size of documents.*

cc:    DA
       James R. Prince, Petitioner
       # BD-1801
       SCI-Huntingdon
       1100 Pike Street
       Huntingdon, PA 16654-1112

**JAMES R. PRINCE, PETITIONER**

**VS.**

**KENNETH D. KYLER, ET AL., RESPONDENTS**
**1:CV-00-1181**

**RESPONDENT'S EXHIBIT LIST**

Exhibit 1.      Opinion of Superior Court at No. 295 HBG 1993 which has previously
                been furnished.

Exhibit 2.      Order denying Petition for Allowance of Appeal at No. 0252 M.D.
                Allocator 1994.

Exhibit 3.      Post Conviction Relief Act Petition and Amended Post Conviction
                Petition filed June 10, 1996 and August 5, 1996.

Exhibit 4.      Opinion of the Court of Common Pleas of Lycoming County of March 25,
                1997.

Exhibit 5.      Opinion of Court of Common Pleas of Lycoming County of September 3,
                1997, a support of Order denying Post Conviction Relief Act Petition.

Exhibit 6.      Order of superior Court at No. 418 HBG 1997 dated February 17, 1998
                dismissing Appeal for failure to file Brief.

Exhibit 7.      Motion to Reinstate Appeal filed in the Superior Court of Pennsylvania at
                No. 418 HBG 1997 by Henry Mitchell, Esquire.

Exhibit 8.      Order of Superior Court at No. 418 HBG 1997 dated March 5, 1998,
                denying Motion to Reinstate Appeal.

Exhibit 9.      Motion to Proceed Pro Se on Appeal and for Extension of Time for filing
                Brief, filed February 19, 1998 by James Prince.

Exhibit 10.     Order of Superior Court at No. 418 HBG 1997 dated March 19, 1998
                denying Pro Se Motion to Proceed Pro Se on Appeal and for Extension of
                Time to file Brief.

Exhibit 11.     Application to Grant Leave to Reinstate Appellate Rights Nunc Pro Tunc
                filed June 2, 1998

Exhibit 12.    Order of Court of Common Pleas of Lycoming County dated June 12, 1998 denying Pro Se Application to Grant Leave to Reinstate Appellate Rights Nunc Pro Tunc.

Exhibit 13.    Opinion of Court of Common Pleas of Lycoming County dated October 6, 1998, in support of Order dated June 12, 1998 denying Application to Reinstate Appellate Rights Nunc Pro Tunc.

Exhibit 14.    Appellant's Pro Se Brief on Appeal at No. 1018 HBG 1998 from Order of June 12, 1998 attached hereto as Exhibit 12.

Exhibit 15.    Opinion of Superior Court of Pennsylvania at No. 1018 HBG 1998, dated October 15, 1999 affirming Court of Common Pleas of Lycoming County Order dated June 12, 1998 denying Application to Reinstate Appellate Right Nunc Pro Tunc.

Exhibit 16.    Petition for Allowance of Appeal from Superior Court Opinion and Order at 1018 HBG 1998 affirming denial of Notice to Reinstate Appellate Right Nunc Pro Tunc.

Exhibit 17.    Order of Supreme Court of Pennsylvania at No. 1150 Allocator Docket 1999 denying Petition for Allowance of Appeal.

Exhibit 18.    Transcript of the Trial of Commonwealth v. James R. Prince at No. 89-10,014, held on June 19, 1989, June 20, 1989 and June 21, 1989.