*See Attached*

㉑
7/24/01
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. PRINCE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | NO. 1:CV-00-1181 |
| -v- | : | |
| | : | (Judge Kane) |
| KENNETH D. KYLER, et al., | : | |
| Respondents. | : | (Magistrate Judge Blewitt) |

FILED
HARRISBURG, PA
JUL 24 2001
MARY E. D'ANDREA, CLERK
Per _____

**ORDER**

AND NOW, this 23rd day of July, 2001, upon consideration of Petitioner's Motion to Extend Time to File Objections to Magistrate's Report and Recommendation, it is hereby ORDERED and DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED, that Petitioner shall file his objections on or before Monday, August 6, 2001.

BY THE COURT:

~~THOMAS M. BLEWITT~~
~~United States Magistrate~~ Judge
Yvette Kane
United States District Judge

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                             July 24, 2001


Re:  1:00-cv-01181   Prince v. Kyler


True and correct copies of the attached were mailed by the clerk
to the following:

     James R. Prince
     SCI-H
     SCI at Huntingdon
     BD-1801
     Drawer R
     1100 Pike Street
     Huntingdon, PA  16654-1112

     Thomas Anthony Marino, Esq.
     District Attorney's Office
     Lycoming County Courthouse
     48 West 3rd Street
     Williamsport, PA  17701



cc:
Judge                          (✓)            ( ) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )    PA Atty Gen ( )
                                       DA of County ( )    Respondents ( )

Bankruptcy Court               ( )
Other_____     ( )
                                                   MARY E. D'ANDREA, Clerk

     7/24/01
```