**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. PRINCE,           Petitioner/Appellant, | : : : | **CIVIL ACTION** <br> NO. 1:CV-00-1181 |
| -v- | : : : | (Judge Kane) |
| KENNETH D. KYLER, et al.,           Respondent/Appellee. | : : | (Magistrate Judge Blewitt) |

FILED
HARRISBURG, PA

AUG 2 9 2002

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

**NOTICE OF APPEAL**

Notice is hereby given that James R. Prince, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final Memorandum Order entered in this action on the ___1st___ day of ___August___, 2002, (DOC.23).

Date: Aug 26th '02

James R. Prince
#BD-1801
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112
(814)643-2400

```
                UNITED STATES DISTRICT COURT
                          FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

                * * MAILING CERTIFICATE OF CLERK * *

                        August 30, 2002
```

Re:   1:00-cv-01181    Prince v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

```
    James R. Prince
    SCI-H
    SCI at Huntingdon
    BD-1801
    Drawer R
    1100 Pike Street
    Huntingdon, PA  16654-1112

    Thomas Anthony Marino, Esq.
    District Attorney's Office
    Lycoming County Courthouse
    48 West 3rd Street
    Williamsport, PA  17701
```

```
cc:
Judge                           (X)           ( ) Pro Se Law Clerk
Magistrate Judge                (X)           ( ) INS
U.S. Marshal                    ( )           ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )   PA Atty Gen    ( )
                                         DA of County   ( )   Respondents    ( )
Bankruptcy Court                ( )
Other_____   ( )
                                                     MARY E. D'ANDREA, Clerk
```

DATE: _August 30, 2002_                                    BY: _Renee Bitalia_
                                                                Deputy Clerk



UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport:   (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:   James R. Prince v. Kenneth D. Kyler, et al.
USDC NO:   1:00-cv-1181
USCA NO:
E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

__X__      Civil Prisoner Case: Case file and docket sheet available through RACER.

_____     Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

_____     Non-Prisoner Civil Case or Criminal Case: Notice of Appeal and Docket Sheet available through RACER.

_____     Civil Prisoner Case: ___ Supplemental Record filed. Documents and docket sheet available through RACER.

_____     Non-Prisoner Civil Case or Criminal Case:
           ____ Supplemental Record filed. Docket Sheet available through RACER.

    The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Renee M. Brtalik
Deputy Clerk

Date:   August 30, 2002

FILED
HARRISBURG, PA
AUG 29 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

FROM:
James R. Prince
BD-1801
1100 Pike Street
Huntingdon, PA 16654-1112

TO:
Mary E. D'Andrea
Clerk
U.S.District Court (M.D.Pa.)
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17108