ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. PRINCE, | : | CIVIL ACTION |
| Petitioner/Appellant, | : | |
| | : | NO. 1:CV-00-1181 |
| -v- | : | |
| | : | (Judge Kane) |
| KENNETH D. KYLER, et al., | : | |
| Respondent/Appellee. | : | (Magistrate Judge Blewitt) |

FILED
HARRISBURG
AUG 2 9 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
AND ACCOMPANYING AFFIDAVIT IN SUPPORT**

Petitioner, James R. Prince, pursuant to **18 U.S.C. §1746**, verifies the following as true and correct:

1. By Order filed July 5, 2000, United States Magistrate Judge Thomas M. Blewitt GRANTED Petitioner leave to proceed **in forma pauperis**. Copy appended hereto as **Exhibit A**.

2. There has been no substantial change in Petitioner's financial condition.

3. The Petitioner is unable to pay the costs and fees on appeal, based on the accompanying affidavit in support.

Date: Aug 26th '02

James R. Prince
#BD-1801
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES R. PRINCE, | CIVIL ACTION NO. **1:CV-00-1181** |
| Petitioner | (Judge Kane) |
| v. | (Magistrate Judge Blewitt) |
| KENNETH D. KYLER, et al., | **FILED SCRANTON** |
| Respondents | **JUL 5  2000** PER _____ DEPUTY CLERK |

<u>ORDER</u>

AND NOW, this 5th day of **July, 2000, IT IS HEREBY ORDERED THAT:**

1. Petitioner's application for leave to proceed <u>in forma pauperis</u> **(Doc. 2)** is **GRANTED**.

2. The Clerk is directed forthwith to serve a copy of the petition (Doc. 1), together with this Order, by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the District Attorney of Lycoming County..

3. Respondents, within twenty (20) days of the date of this Order, shall respond to the petition for writ of habeas corpus in the manner required by Rule 5, 28 U.S.C.A. foll. § 2254:

> The answer shall respond to the allegations of
> the petition.  In addition it shall state whether the
> petitioner has exhausted his state remedies including
> any post-conviction remedies available to him under
> the statues or procedural rules of the state and including
> also his right of appeal both from the judgment of
> conviction and from any adverse judgment or order in the
> post-conviction proceeding.  The answer shall indicate
> what transcripts (of pretrial, trial, sentencing, and

Exhibit A

Affidavit accompanying Motion for
Permission to Appeal In Forma Pauperis

United States District Court for the __Middle__ of __Pennsylvania__

JAMES R, PRINCE, Petitioner/Appellant,

v.                                        D.C. Case No. __1:CV-00-1181__

KENNETH D. KYLER, et al.,                 Third Cir. No. _____
            Respondent/Appelle

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I sear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621)

Signed: _James R Prince_        Date: _Aug 15th '02_

**Instructions**

Complete all questions n this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number.

**My issues on Appeal are:**

   1. The District Court's August 1, 2002 Memorandum Order fails to set forth any reasons as to why a Certificate of Appealability should be denied.

   2. The District Court erred by not granting Appellant's Motion to expand the Record to include records from the state court that would show factors external to the defense was the cause of an alleged procedural default.

   3. The Appellant has made a substantial showing of the denial of his constituional rights to warrant habeas corpus relief.

1

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | You |
| Employment | $ 0 | $ 0 |
| Self-Employment | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 |
| Gifts | $ 10.00 | $ 10.00 |
| Alimony | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 |
| Public Assistance (such as welfare) | $ 0 | $ 0 |
| Other (specify): Prison Inmate Pay | $ 25.00 | $ 30.00 |
| Total monthly income [1] | $ 35.00 | $ 40.00 |

---

1. Above stated amounts represent money received solely by the Appellant. Appellant is legally separated from his spouse. No joint financial relationship exists between Appellant and his spouse.

2

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Appellant has been continuously incarcerated since 1989. | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Appellant is legally separated from his spouse, and enjoys no financial relationship. | | | |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None. | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.**

See attached statement.

3

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) <br> Are real estate taxed included? ☐ yes ☐ no <br> Is property insurance included? ☐ yes ☐ no | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 20.00 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 2.00 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 15.00 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
|   Homeowners or renters | $ 0 | $ 0 |
|   Life | $ 0 | $ 0 |
|   Health | $ 0 | $ 0 |
|   Motor Vehicle | $ 0 | $ 0 |
|   Other: _____ | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments)(specify): _____ | $ 0 | $ 0 |

5

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM         RUN     IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING        DATE  8/20/2002
REMOTE PRINT TIME   8:49              FROM PURGE FILE             PAGE          1

    INMATE     NAME
    NUMBER     LAST              FIRST            MI          STARTING BALANCE
    BD1801     PRINCE            JAMES                              25.05
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8002 | 01-02-2002 | 32 | HUN COMMISSARY FOR 1/02/2002 | -19.24 | 5.81 |
| 5400 | 01-07-2002 | 38 | INSIDE PURCHASES SHOE SHOP - JANUARY 4, 2002 | -.50 | 5.31 |
| 5410 | 01-08-2002 | 37 | POSTAGE JANUARY 7, 2002 | -.80 | 4.51 |
| 8008 | 01-08-2002 | 32 | HUN COMMISSARY FOR 1/08/2002 | -5.13 | -.62 |
| 5436 | 01-10-2002 | 10 | MAINTENANCE PAYROLL DECEMBER 2001 | 29.85 | 29.23 |
| 5461 | 01-14-2002 | 38 | INSIDE PURCHASES SHOE SHOP - JAN. 11, 2002 | -.75 | 28.48 |
| 5463 | 01-14-2002 | 37 | POSTAGE JANAURY 13, 2002 | -.80 | 27.68 |
| 8015 | 01-15-2002 | 32 | HUN COMMISSARY FOR 1/15/2002 | -6.36 | 21.32 |
| 8022 | 01-22-2002 | 32 | HUN COMMISSARY FOR 1/22/2002 | -2.71 | 18.61 |
| 8029 | 01-29-2002 | 32 | HUN COMMISSARY FOR 1/29/2002 | -1.58 | 17.03 |
| 8032 | 02-01-2002 | 34 | HUN CABLE TV FOR 2/01/2002 | -15.25 | 1.78 |
| 8036 | 02-05-2002 | 32 | HUN COMMISSARY FOR 2/05/2002 | -1.58 | .20 |
| 5610 | 02-08-2002 | 13 | PERSONAL GIFT FROM PRINCE, RONA (355999) | 100.00 | 100.20 |
| 8043 | 02-12-2002 | 32 | HUN COMMISSARY FOR 2/12/2002 | -27.28 | 72.92 |
| 5635 | 02-12-2002 | 37 | POSTAGE FEBRUARY 12, 2002 | -.80 | 72.12 |
| 5645 | 02-14-2002 | 10 | MAINTENANCE PAYROLL JANUARY 2002 | 30.18 | 102.30 |
| 8057 | 02-26-2002 | 32 | HUN COMMISSARY FOR 2/26/2002 | -25.26 | 77.04 |
| 5735 | 02-27-2002 | 13 | PERSONAL GIFT FROM PRINCE, RONA (F509218) | 60.00 | 137.04 |
| 8060 | 03-01-2002 | 34 | HUN CABLE TV FOR 3/01/2002 | -15.25 | 121.79 |
| 5751 | 03-04-2002 | 38 | INSIDE PURCHASES SHOE SHOP - MARCH 1, 2002 | -.50 | 121.29 |
| 5756 | 03-04-2002 | 31 | OUTSIDE PURCHASES UNION SUPPLY COMPANY | -108.74 | 12.55 |
| 8064 | 03-05-2002 | 32 | HUN COMMISSARY FOR 3/05/2002 | -5.79 | 6.76 |

```
 PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN    IAS365
 BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING          DATE   8/20/2002
 REMOTE PRINT TIME  8:49              FROM PURGE FILE              PAGE         2

     INMATE     NAME
     NUMBER     LAST                      FIRST             MI
     BD1801     PRINCE                    JAMES

  BATCH       DATE                                        TRANSACTION  BALANCE AFTER
    #      MO DY YEAR      TRANSACTION DESCRIPTION          AMOUNT      TRANSACTION

   8071   03-12-2002   32  HUN COMMISSARY
                           FOR   3/12/2002                    -6.72            .04
   5821   03-14-2002   10  MAINTENANCE PAYROLL
                           FEBRUARY 2002                      30.35          30.39
   5853   03-20-2002   37  POSTAGE
                           MARCH 19, 2002                      -.80          29.59
   8085   03-26-2002   32  HUN COMMISSARY
                           FOR   3/27/2002                    -8.92          20.67

                           BALANCE AFTER THESE TRANSACTIONS------>           20.67
```

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM            RUN    IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING           DATE   8/20/2002
REMOTE PRINT TIME   8:49              FROM PURGE FILE                PAGE         1

    INMATE      NAME
    NUMBER      LAST                FIRST            MI         STARTING BALANCE
    BD1801      PRINCE              JAMES                             20.67

   BATCH      DATE                                       TRANSACTION   BALANCE AFTER
     #     MO DY YEAR   TRANSACTION DESCRIPTION             AMOUNT       TRANSACTION

   8091   04-01-2002   34   HUN CABLE   TV
                            FOR   4/01/2002                  -15.25          5.42
   8092   04-02-2002   32   HUN COMMISSARY
                            FOR   4/02/2002                   -2.93          2.49
   5956   04-05-2002   10   MAINTENANCE PAYROLL
                            PAYROLL ADJUSTMENT                 1.20          3.69
   8099   04-09-2002   32   HUN COMMISSARY
                            FOR   4/09/2002                   -2.88           .81
   5991   04-11-2002   10   MAINTENANCE PAYROLL
                            MARCH 2002                        33.08         33.89
   6028   04-16-2002   13   PERSONAL GIFT FROM
                            PRINCE, RONA        (F435319)     20.00         53.89
   8106   04-16-2002   32   HUN COMMISSARY
                            FOR   4/17/2002                  -18.43         35.46
   6042   04-18-2002   37   POSTAGE
                            APRIL 18, 2002                     -.57         34.89
   6061   04-22-2002   37   POSTAGE
                            APRIL 21. 2002                     -.80         34.09
   6075   04-23-2002   38   INSIDE PURCHASES
                            SHOE SHOP - APRIL 22, 2002        -1.00         33.09
   8113   04-23-2002   32   HUN COMMISSARY
                            FOR   4/23/2002                  -10.08         23.01
   6120   04-29-2002   37   POSTAGE
                            APRIL 29, 2002                    -1.94         21.07
   8120   04-30-2002   32   HUN COMMISSARY
                            FOR   4/30/2002                   -4.22         16.85
   8121   05-01-2002   34   HUN CABLE   TV
                            FOR   5/01/2002                  -15.25          1.60
   6227   05-17-2002   37   POSTAGE
                            MAY 16, 2002                       -.34          1.26
   6224   05-17-2002   10   MAINTENANCE PAYROLL
                            APRIL 2002                        38.02         39.28
   8141   05-21-2002   32   HUN COMMISSARY
                            FOR   5/21/2002                  -38.62           .66
   6280   05-28-2002   14   MISCELLANEOUS
                            UNION SUPPLY CO.    (F357545)      6.00          6.66
   8155   06-04-2002   32   HUN COMMISSARY
                            FOR   6/04/2002                   -6.51           .15
   6363   06-14-2002   10   MAINTENANCE PAYROLL
                            MAY 2002                          36.31         36.46
   8168   06-17-2002   32   HUN COMMISSARY
                            FOR   6/17/2002                  -36.23           .23
   6413   06-24-2002   13   PERSONAL GIFT FROM
                            PRINCE, RONA        (F812529)     15.00         15.23
```

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM           RUN    IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING          DATE   8/20/2002
REMOTE PRINT TIME   8:49             FROM ACTIVE FILE            PAGE        1

    INMATE     NAME
    NUMBER     LAST                  FIRST            MI          STARTING BALANCE
    BD1801     PRINCE                JAMES                             3.72

  BATCH    DATE                                         TRANSACTION  BALANCE AFTER
    #    MO DY YEAR    TRANSACTION DESCRIPTION            AMOUNT      TRANSACTION

  8182   07-01-2002  32  HUN COMMISSARY
                         FOR   7/01/2002                   -3.72          .00
  6514   07-12-2002  10  MAINTENANCE PAYROLL
                         JUNE 2002                         31.50        31.50
  8196   07-15-2002  32  HUN COMMISSARY
                         FOR   7/15/2002                  -28.93         2.57
  6639   08-02-2002  13  PERSONAL GIFT FROM
                         PRINCE, R          (811244)       35.00        37.57
  8218   08-06-2002  32  HUN COMMISSARY
                         FOR   8/06/2002                  -33.67         3.90
  6652   08-07-2002  38  INSIDE PURCHASES
                         SHOE SHOP - AUGUST 5, 2002        -1.00         2.90
  8225   08-13-2002  32  HUN COMMISSARY
                         FOR   8/13/2002                   -2.66          .24
  6701   08-15-2002  10  MAINTENANCE PAYROLL
                         JULY 2002                         35.65        35.89

                      BALANCE AFTER THESE TRANSACTIONS------>           35.89
```

## AFFIDAVIT OF MAILING

Pursuant to the penalties provided within **28 U.S.C. §1746**, I hereby certify that I hand-delivered the attached:

1. Notice of Appeal; and,
2. Motion for Permission to Appeal In Forma Pauperis and Accompanying Affidavit in Support;

to prison officials at SCI-Huntingdon on this ____26th____ day of ____AUGUST____, 2002, **via** first class U.S. prepaid postage, and addressed to the following person(s) and in the manner indicated below:

<u>By Use of Institutional DC-138A Cash Slip</u>:

Mary E. D'Andrea (ORIGINAL & ONE COPY)
Clerk
U.S.District Court (M.D.Pa.)
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17108

Office of the District Attorney (For Respondent)
Lycoming County Courthouse
48 West 3rd Street
Williamsport, PA 17701

_____
James R. Prince
BD-1801
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle # 1 | (Value) |
|---|---|---|---|---|---|
| None. | | None. | | | |
| | | | | Make & year: None. | |
| | | | | Model: | |
| | | | | Registration # : | |

| Motor Vehicle # 2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| | | None. | | None. | |
| Make & year: None. | | | | | |
| Model: | | | | | |
| Registration # : | | | | | |

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None. | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None. | | |

4