



RB 9/3/0

## Return Receipt

| | |
|---|---|
| Your document: | 1:00-cv-1181 |
| was received by: | Lynn Lopez/CA03/03/USCOURTS |
| at: | 09/03/2002 10:55:39 AM |



**FILED**
HARRISBURG, PA

SEP 03 2002

MARY E. D'ANDREA, CLERK
For _____
   Deputy Clerk