OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790<br>Website: http://www.ca3.uscourts.gov | TELEPHONE<br>215-299-(4923) |

September 4, 2002

**NOTICE OF DOCKETING OF APPEAL**

**Prince v. Kyler**
D.C. No.: 00-cv-01181

**(Honorable Judge Yvette Kane)**

**FILED**
**HARRISBURG**
SEP 0 4 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

An appeal by **James R. Prince** was filed in the above-caption case on 8/29/02, and docketed in this Court on 9/4/02, at No. **02-3406**.

Kindly use the Appeals Docket No. **02-3406** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Charlene Crisden** at Charlene_Crisden@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

Marcia M. Waldron
Clerk